

IN THE
TENTH COURT OF APPEALS

No. 10-11-00006-CV

WILLIAM R. VANCE, JR. AND DAVID R. TOUPS,

Appellants

v.

CAROLYN G. VANCE,

Appellee

From the 272nd District Court
Brazos County, Texas
Trial Court No. 09-001262-CVA-272

MEMORANDUM  OPINION

The memorandum opinion of the Court dated December 14, 2011 is withdrawn, and the following memorandum opinion is substituted therefor.

Appellant William R. Vance, Jr. has filed a notice that he filed a bankruptcy proceeding on September 13, 2011.  *See* TEX. R. APP. P. 8.1.  Further action in this appeal has been automatically stayed.  *See* 11 U.S.C. § 362.

For administrative purposes, this appeal is suspended and will be treated as closed unless reinstated on a proper motion.  TEX. R. APP. P. 8.2.  It may be reinstated on

motion of any party showing that the stay has been lifted or modified and specifying what action, if any, is required from this Court upon reinstatement of the appeal. TEX. R. APP. P. 8.3.

The reporting requirement of Local Rule 17 is suspended. 10TH TEX. APP. (WACO) LOC. R. 17.

The Clerk of this Court is directed to transmit a copy of this opinion to the attorneys of record, the trial court judge, and the trial court clerk.


AL SCOGGINS
Justice

Before Justice Davis,
      Justice Scoggins, and
      Judge Pozza[1]
Appeal suspended
Opinion delivered and filed December 21, 2011
[CV06]

---

[1] 1 The Honorable Karen H. Pozza, Judge of the 407th District Court, sitting by assignment of the Chief Justice of the Supreme Court of Texas pursuant to section 74.003(a) of the Government Code. *See* TEX. GOV'T CODE ANN. § 74003(a) (Vernon 2005).